IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BUCKEL FAMILY WINE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MARY MOSIMAN, Director of the Iowa Department of Revenue; STEPHEN LARSON, Administrator of the Iowa Alcoholic Beverages Division; BRENNA BIRD, Attorney General of Iowa; STEPHAN K. BAYENS, Commissioner of the Iowa Department of Public Safety,<br><br>    Defendants. | No. 4:23-cv-00256-RGE-WPK<br><br><br><br>**JOINT STATUS REPORT** |

**COME NOW** the undersigned attorneys and pursuant to the Court's February 21, 2024, order submit the following status report:

1. The parties agree there are no matters to be discussed at the upcoming Status Conference scheduled for May 29, 2024, at 10 a.m.

2. The parties agree they are on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan.

| | |
|---|---|
| */s/ Thomas J. Duff*<br>THOMAS J. DUFF<br>DUFF LAW FIRM, P.L.C.<br>The Galleria<br>4090 Westown Parkway, Suite 102 | BRENNA BIRD<br>Attorney General of Iowa<br><br>*/s/ Daniel J. Johnston*<br>DANIEL J. JOHNSTON |

West Des Moines, Iowa 50266
Ph: (515) 224-4999
Email: tom@tdufflaw.com

*/s/ Robert D. Epstein*
*/s/ James A. Tanford*
EPSTEIN SEIF PORTER BEUTEL LLC
50 S. Meridian Street, Suite 505
Indianapolis, Indiana 46204
Ph: (317) 639-1326
Ph: (812) 332-4966
Email: rdepstein@aol.com
Email: tanford@indiana.edu
*PRO HAC VICE*

**ATTORNEYS FOR PLAINTIFF**

Assistant Attorney General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Ph: (515) 281-5164
Email: daniel.johnston@ag.iowa.gov

*/s/ John R. Lundquist*
JOHN R. LUNDQUIST
Assistant Attorney General
Agency Counsel Division
1305 E. Walnut St., 2nd Floor
Des Moines, Iowa 50319
Ph: (515) 281-3658
Email: john.lundquist@ag.iowa.gov

**ATTORNEYS FOR DEFENDANTS**

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on May 24, 2024.

☐ U.S. Mail          ☐ Fax
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express    ☐ Other
☐ Email              ☒ CM/ECF

Signature: */s/ Sara Olsen*