IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Buckel Family Wine LLC, | ) |
| *Plaintiff,* | ) ) |
| vs. | ) Case No. 4:23-cv-00256-RGE-WPK ) ) |
| Mary Mosiman, et al., | ) **Plaintiff's Motion for Attorneys' Fees** ) |
| *Defendants.* | ) ) |

Plaintiff Buckel Family Wine, LLC, moves pursuant to Fed. R. Civ. P. 54(d)(2) and Local R. 54A, for an award of attorneys' fees in the amount of $124,540 and expenses of $609.13 as a prevailing party on its claim that Iowa's in-state presence requirement for a class "A" winery license violated the Commerce Clause. On September 30, 2024, this Court ruled in favor of Plaintiff on its complaint (Doc. No. 42), and an award of reasonable fees is therefore allowed under 42 U.S.C. § 1988. Declarations, exhibits and the attorneys' time sheets are attached in support of the motion.

**WHEREFORE,** for the reasons set forth in the accompanying brief, the Court should award Plaintiff attorneys' fees in the amount of $124,540 and expenses of $609.13.

October 14, 2024

Respectfully submitted;
*Attorneys for Plaintiff*

s/ James A. Tanford
James A. Tanford
Robert D. Epstein
Epstein Seif Porter & Beutel LLP
50 S. Meridian St., Suite 505
Indianapolis IN 46204
(317) 639-1326
tanford@indiana.edu
rdepstein@aol.com

                                                        <u>s/ Thomas J. Duff</u>
                                                        Thomas J. Duff
                                                        DUFF LAW FIRM, P.L.C
                                                        The Galleria
                                                        4090 Weston Parkway, Suite 102
                                                        West Des Moines, Iowa 50266
                                                        (515) 224-4999
                                                        tom@tdufflaw.com